Fill in this information to identify the case:

| | |
|---|---|
| Debtor 1 | Samantha A Perry; aka Samantha A Morris; aka Samantha A Martin |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | District of Delaware (State) |
| Case number | 19-11513-BLS |

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of creditor:** Home Point Financial Corporation

**Court claim no.** (if known): 12-1

**Last 4 digits** of any number you use to identify the debtor's account: 9 6 6 8

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?

☐ No
☑ Yes.  Date of the last notice: 12 / 27 / 2019

## Part 1:  Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | 10/31/2019 | (3) | $ 200.00 |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ |
| 11. Other. Specify:_____ | | (11) | $ |
| 12. Other. Specify:_____ | | (12) | $ |
| 13. Other. Specify:_____ | | (13) | $ |
| 14. Other. Specify:_____ | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1  **Samantha A Perry**
First Name    Middle Name    Last Name

Case number (*if known*) 19-11513-BLS

**Part 2:    Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

❑ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ D. Anthony Sottile
Signature

Date  2 / 7 / 2020

Print: **D. Anthony Sottile**
First Name    Middle Name    Last Name

Title  Authorized Agent for Creditor

Company  Sottile & Barile, LLC

Address  394 Wards Corner Road, Suite 180
Number    Street
Loveland, OH 45140
City    State    ZIP Code

Contact phone  ( 513 ) 444 – 4100

Email  bankruptcy@sottileandbarile.com

| | | | | | | |
|---|---|---|---|---|---|---|
| **Vendor** | Orlans P.C. | **Regarding:** | MORRIS SAMANTHA | **Invoice Number:** | | |
| **Address:** | PO BOX 5041 | | 246 RUTLAND AVE | **Invoice Status:** | | Check Confirmed |
| | Troy, MI 48007 | | MIDDLETOWN, DE 19709 | **Loan No.:** | | |
| **Payee Code:** | ATORLANS | | | **Loan Type:** | | FHA |
| **Vendor Contact:** | Kao Kue | | | **Acquistion Date:** | | |
| **Vendor Ref #:** | | | | **Type:** | | Non-Judicial |
| **Servicer:** | Home Point Financial Corporation - (308) | | | **Referral Date :** | | 7/10/2019 |
| **Inv. ID / Cat. ID** | G12/560 | | | **Loan Location:** | | EA |
| **Investor Name** | GINNIE MAE | | | **FHA#** | | |
| **Invoice ID** | | | | **BK Case No:** | | 19-11513 |
| **Litigation Status Code:** | | | | **Submitted Date:** | | **11/1/2019** |
| **Man Code:** | B | | | **Vendor Invoice Date:** | | 11/1/2019 |
| | | | | **Paid In Full Date:** | | N/A |
| | | | | **Foreclosure Removal Date:** | | N/A |
| | | | | **MS Status:** | | N/A |
| | | | | **Relief Requested Date:** | | N/A |
| | | | | **Protection Begin Date:** | | N/A |
| | | | | **Protection End Date:** | | N/A |

**Original Mortgage Amount:** $282,776.00

### Bankruptcy - Bankruptcy Services - Chapter 13

| Submitted | 1st Reviewed | Last Reviewed | Accepted | Approved | Chk Requested | Chk Confirmed | Days To Proc |
|---|---|---|---|---|---|---|---|
| 11/01/2019 | 11/01/2019 | 11/01/2019 | | 11/01/2019 | 11/01/2019 | 11/02/2019 | 1 |

| Dept | Comments | Line Items | Exceptions | Edit Summary | Adj. Summary | Chronology | Quote | Service Request | Guideline | Invoice Mapping | History | Payments | Reconciliation |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Fees** | Total: | $200.00 | Invoicing Prev. Billed: | $500.00 | Exc. Loan Allow: | | Exc Ord Allw: | |
| **Costs** | Total: | $0.00 | Invoicing Prev. Billed: | $1.00 | Exc. Loan Allow: | | Exc Ord Allw: | |
| | | | | | Exc. Loan Total Fees/Costs Allow: | | | |
| **Totals** | Inv Amt: | $200.00 | Prev. Billed: | $501.00 | Loan Total Fees/Costs Prev.Billed: | $1,401.00 | Exc Ord Allw: | |

### Fees

| Category | Subcategory | Date | Qty | Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| Attorney Fees | Allowable | 10/31/19 | 1 | $200.00 | $200.00 | $0.00 | $200.00 |
| | **Note:** Attorney Fee - Adjourned Hearing Fee - Recoverable | | | | | | |
| | | | | **Total:** | $200.00 | $0.00 | $200.00 |
| | | | | **Invoice Total:** | $200.00 | $0.00 | $200.00 |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**
**DELAWARE DIVISION**

| | |
|---|---|
| In Re: | Case No. 19-11513-BLS |
| Samantha A Perry<br>  *aka* Samantha A Morris<br>  *aka* Samantha A Martin | Chapter 13 |
| Debtor. | Judge Brendan Linehan Shannon |

**CERTIFICATE OF SERVICE**

I certify that on February 7, 2020, a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

    Cynthia L. Carroll, Debtor's Counsel
    cynthia@cynthiacarrolllaw.com

    Michael B. Joseph, Chapter 13 Trustee
    mjoseph@ch13de.com

    Office of the United States Trustee
    ustpregion03.wl.ecf@usdoj.gov

I further certify that on February 7, 2020, a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Samantha A Perry, Debtor
    329 Braemar Street
    Middletown, DE 19709

| | |
|---|---|
| Dated: February 7, 2020 | /s/ D. Anthony Sottile |
| | D. Anthony Sottile |
| | Authorized Agent for Creditor |
| | Sottile & Barile, LLC |
| | 394 Wards Corner Road, Suite 180 |
| | Loveland, OH 45140 |
| | Phone: 513.444.4100 |
| | Email: bankruptcy@sottileandbarile.com |